■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN DATSUN, Appellant. [702 NYS2d 826] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered April 8, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Issues of credibility were properly presented to the trier of fact and we find no reason to disturb its determinations. Concur—Tom, J. P., Rubin, Andrias, Buckley and Friedman, JJ.